# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     CR. NO. 3:23-CR-**147**

                                 :

                        v.       :

                                 :     (Judge **Mannion**)

**DARYL RINKER,**                 :

                                 :

                                 :

          Defendant.             :     **FILED**
                                       **SCRANTON**

### INFORMATION                        MAY 3 1 2023

                                   PER_____**JKC**_____
**THE UNITED STATES ATTORNEY CHARGES:**     DEPUTY CLERK

## COUNT 1
18 U.S.C. §371
(Conspiracy to Commit Concealment and Disposal of Major Artwork, and
Interstate Transportation of Stolen Property)

## I.    Introduction

At all times material to the Information:

1.    The Defendant is a resident of the Commonwealth of

Pennsylvania.

2.    A "museum" as defined in Title 18, United States Code,

Section 668, is an organized and permanent institution, the activities of

which affect interstate and foreign commerce, that is (a) situated in the

United States; (b) is established for an essentially educational and

aesthetic purpose; (3) has a professional staff, and; (4) owns, utilizes, and

1

cares for tangible items that are exhibited to the public on a regular schedule.

3.    An "object of cultural heritage," as defined in Title 18, United States Code, Section 668, is an object that is either over 100 years old and worth in excess of $5,000 or that is less than 100 years old and worth at least $100,000.

4.    The following institutions are all situated in the United States, have been established for essentially educational or aesthetic purposes, have professional staffs, own, utilize, or care for tangible items that are exhibited to the public on a regular schedule, and are "museums" as defined in Title 18, United States, Code, Section 668:

a)    The Space Farms Zoo & Museum located in Wantage, New Jersey;

b)    Ringwood Manor located in Ringwood, New Jersey;

5.    The following items are "objects of cultural heritage," as defined in Title 18, United States Code, Section 668, in that they are either over 100 years old and worth in excess of $5,000 or are less than 100 years old and worth at least $100,000:

a)    A W.F. Mills & son Model 1860 7-barrel percussion, serial number 2193 ("Tiger Gun");

2

b)    Colt Model 1839 Revolving Shotgun

6.    From in or about August of 1999 and continuing through in or about April of 2019, in the Middle District of Pennsylvania, the District of New Jersey, and elsewhere, the Defendant,

**DARYL RINKER,**

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others, to commit an offense against the United States, that is: knowing that certain objects of cultural heritage had been stolen or obtained by fraud, if in fact the object had been stolen or obtained by fraud from the care, custody, or control of a museum, received, concealed, exhibited, or disposed of the objects, and: transported in interstate or foreign commerce goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, in violation of Title 18, United States Code, Section 668(b)(2), and Title 18, United States Code, Section 2314.

## II.    Manner and Means and Purpose of the Conspiracy

7.    It was part of the conspiracy that members of the conspiracy visited museums and other locations, stole and removed objects, including objects of cultural heritage, from therein.

3

8. It was part of the conspiracy that the conspirators would sell the stolen items to each other and to other individuals, both known and unknown to the Government, for cash.

9. It was part of the conspiracy that the conspirators would transport the above-described stolen items to residences and other property owned by members of the conspiracy in order to conceal the objects from law enforcement investigators.

## III.  Overt Acts

10. In furtherance of the conspiracy and in order to effect the objects thereof, one or more of the conspirators committed and caused to be committed the following overt acts, in the Middle District of Pennsylvania, and elsewhere:

a) After June 28, 2006, a member of the conspiracy offered to sell a stolen 1857 Colt Walker .44 caliber 6-shot percussion revolver to Daryl RINKER for $6,000.

b) On or about March 2, 2011, two of the members of the conspiracy entered Ringwood Manor located in Ringwood, New Jersey, without authorization, smashed several display cases and stole and removed several objects of cultural heritage, including but not limited to a W.F. Mills & Son Model 1860 7-

4

barrel percussion rifle, a/k/a "Tiger Gun," worth approximately
$250,000.

c)     After March 2, 2011, a member of the conspiracy possessed the
W.F. Mills & Son Model 1860 7-barrel percussion rifle and sold
the firearm to Daryl RINKER.

d)     On or about February 21, 2018, a member of the conspiracy
smashed the front door of Antique's Exchange, an antiques
store located in Hawley, Pennsylvania, and entered the store
without authorization.

e)     On or about February 21, 2018, while inside Antique's
Exchange, the conspirator described above in subparagraph (d)
smashed a display case, and stole and removed objects
displayed therein including, but not limited to, antique coins
and jewelry.

f)     On or about or after February 21, 2018, a conspirators sold
several coins described above in subparagraph (e) to Daryl
RINKER.

g)     Prior to March 18, 2018, while at the residence of another
member of the conspiracy, Daryl RINKER informed a third
conspirator, that RINKER had seen a large bag filled with

silver coins at Cade's Coins, a store located in Exeter,

Pennsylvania.

h) Prior to March 18, 2018, Daryl RINKER drew a map of the
interior of Cade's Coins on the ground with the purpose of
aiding the other conspirator in the planned break-in and theft
from Cade's Coins.

i) On or about March 18, 2018, a member of the conspiracy
smashed open the door of Cade's Coins and entered the store
without authorization.

j) On or about March 18, 2018, while inside Cade's Coins, the
conspirator described above in subparagraph (i) smashed
multiple display cases and stole and removed objects displayed
therein including, but not limited to, rings, coins, and jewelry.

k) On or about or after March 18, 2018, a conspirator gave
several of the rings, coins, and jewelry stolen from Cade's
Coins, described above in subparagraph (j) to Daryl RINKER.

l) On or about September 19, 2019, Daryl RINKER possessed the
items described above in subparagraph (j) and (k).

m) On or about August 8, 2018, a conspirator entered the Space
Farms Zoo & Museum located in Wantage, New Jersey,

without authorization, and smashed several display cases found therein with an axe.

n)   On or about August 8, 2018, the conspirator described above in subparagraph (m) stole and removed an object of cultural heritage, namely a Colt Model 1839 revolving shotgun worth approximately $32,500 from the Space Farms Zoo and Museum.

o)   On or about August 8, 2018, a conspirator transported the Colt Model 1839 revolving shotgun stolen from the Space Farms Zoo and Museum from Wantage, New Jersey, to Lackawanna County, Pennsylvania.

p)   On or about or after August 8, 2018, a member of the conspiracy sold the Colt Model 1839 revolving shotgun stolen from the Space Farms Zoo and Museum, described above in subparagraph (n) to Daryl RINKER.

q)   On or about September 19, 2019, Daryl RINKER possessed the Colt Model 1839 revolving shotgun stolen from the Space Farms Zoo and Museum, described above in subparagraph (n).

All in violation of Title 18, United States Code, Section 371.

7

THE UNITED STATES ATTORNEY FURTHER ALLEGES:

## FORFEITURE ALLEGATION

16.    The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

17.    Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses in violation of Title 18, United States Code, Sections 371, the defendant,

## DARYL RINKER,

shall forfeit to the United States of America, any property, real or personal, involved in such offenses, or any property traceable to such property, including but not limited to:

    a) A W.F. Mills & Son Model 1860 7-barrel percussion rifle, serial number 2193 ("Tiger Gun");

    b) Colt Model 1839 Revolving Shotgun

8

If any of the property described above, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

GERARD M. KARAM
United States Attorney


JAMES M. BUCHANAN
Assistant United States Attorney

Date: 5/31/2023

10