UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:23-CR-147 |
| v. | (Judge Mannion) |
| DARYL RINKER, | (Filed Under Seal) |
| Defendant. | |

FILED
SCRANTON
MAY 31 2023
PER ___JKC___
DEPUTY CLERK

## MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Local Criminal Rule 49 to file the documents accompanying this motion under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

Date: May 31, 2023

/s/ James M. Buchanan
JAMES M. BUCHANAN
Assistant United States Attorney