UNITED STATES OF AMERICA
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:23-CR-147 |
| DARYL RINKER | : |
| Defendant | : |

## PLEA

Now, this 30th day of June, 2023, the above named Defendant, DARYL RINKER, having been arraigned in open Court, hereby pleads Guilty. to the within Information.

_____
DARYL RINKER