UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CR. NO. 3:23-CR-147 |
| v. : | |
| : | (Judge Mannion) |
| DARYL RINKER, : | |
| : | |
| Defendant. : | |
| : | |

## MOTION TO DISMISS INFORMATION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the Middle District of Pennsylvania hereby moves for dismissal of the Information against the Defendant, DARYL RINKER. The defendant died on April 18, 2024.

                                                Respectfully submitted,

                                                GERARD M. KARAM
                                                United States Attorney

Date: May 9, 2024                  /s/ James M. Buchanan
                                                JAMES M. BUCHANAN
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. NO. 3:23-CR-147 |
| v. | : | |
| | : | (Judge Mannion) |
| DARYL RINKER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF CONCURRENCE**

I, James M. Buchanan, hereby certify that Christopher P. Caputo, Esquire, counsel for the Defendant, concurs in the Government's Motion to Dismiss the Information

/s/ James M. Buchanan
JAMES M. BUCHANAN
Assistant United States Attorney

Date: May 9, 2024

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CR. NO. 3:23-CR-147 |
| v. : | |
| : | (Judge Mannion) |
| DARYL RINKER, : | |
| : | |
| Defendant. : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 9, 2024, she served a copy of the attached:

## MOTION TO DISMISS INFORMATION

by electronic filing on the following:

Christopher P. Caputo, Esquire

/s/ Christina M. Nihen
Christina M. Nihen
Legal Administrative Specialist

3