UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CR. NO. 3:23-CR-147 |
| v. : | |
| : | (Judge Mannion) |
| DARYL RINKER, : | |
| : | |
| Defendant. : | |

**ORDER**

AND NOW, this _____ day of _____ 2024, upon Motion of the United States, the Information is hereby dismissed.

 

_____
MALACHY E. MANNION
U.S. DISTRICT COURT JUDGE